UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Bove,

                        Plaintiff(s),

      -against –

New York Presbyterian Hudson Valley Hospital Center,

                        Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-09931 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated:  April 12, 2024
       White Plains, New York

                                                        _____
                                                          CATHY SEIBEL, U.S.D.J.